# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Stella Stanishia, | : |
| Plaintiff, | : Civil Action No.: 2:14-cv-11068 |
| v. | : |
| Credit Acceptance Corporation, | : **NOTICE OF WITHDRAWAL WITH** |
| Defendant. | : **PREJUDICE** |

NOTICE IS HEREBY GIVEN, by the undersigned, that the above entitled action is voluntary dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), without costs to any party as against the other under the terms of a settlement agreement and general release.

Dated: September 24, 2014

Respectfully submitted,

By: /s/ Sergei Lemberg, Esq.
Attorney for Plaintiff Stella Stanishia
LEMBERG LAW, L.L.C.
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:   (888) 953-6237
Email: slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that on September 24, 2014, a true and correct copy of the foregoing Notice of Withdrawal with Prejudice was served electronically by the U.S. District Court Eastern District of Michigan Electronic Document Filing System (ECF), which sent notice of such filing to the following:

Stephen W. King (P56456)
KING AND MURRAY PLLC
355 S. Old Woodward, Suite 100
Birmingham, Michigan 48009

                                                    */s/ Sergei Lemberg*
                                                    Sergei Lemberg